UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:
:
:
*IN RE*: CONFERENCES IN CIVIL CASES    :    <u>ORDER</u>
:
:
:
------------------------------------------------------------x

     Consistent with the Court's recent standing orders restricting access to the courthouse, **<u>effective</u> <u>immediately</u>**, all conferences in all **<u>civil</u>** cases assigned to Judge Briccetti shall be conducted by telephone conference call. Unless otherwise ordered by the Court, counsel and unrepresented parties shall not attend court in person.

     It will be the responsibility of counsel to arrange a conference call. At the time of the scheduled conference, once all counsel (and unrepresented parties) are on the line, they shall call Chambers at the following number: (914) 390-4166.

     This Order is subject to revocation at any time. In that event, the Court will notify counsel (and unrepresented parties) sufficiently in advance of the scheduled conference to allow participants to attend court in person.

Dated: March 16, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge