

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

> **SO ORDERED:**
> Application granted. The Clerk is directed to mail a copy of this endorsement to the *pro se* Plaintiff.
>
> _____ 9-8-21
> JUDITH C. McCARTHY
> United States Magistrate Judge

September 7, 2021

**VIA ECF**
Hon. Judith C. McCarthy
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

<u>Re: **Scott v. Westchester County, et. al., 18 cv 7203 (VB)(JCM)**</u>

Dear Judge McCarthy:

    This office represents Defendants Westchester County; Sergeant Rene; Sergeant Meade; Correction Officer Vasquez; Correction Officer Allen; Commissioner Spano; Deputy Commissioner Diaz and Assistant Warden Middleton in the above-referenced matter. I also write on behalf of Defendant Nurse Practitioner Boguslawa Uszynski of Correct Care Solutions, LLC.

    As set forth in our letter to you of July 30, 2021, Plaintiff is currently in the custody of the U.S. Marshals Service at Orange County Correctional Facility. (Dkt. 93) We have just learned that an in-person deposition will be unlikely due to recent COVID restrictions, so we intend to depose Plaintiff virtually. To do so, we need a Court Order authorizing him to appear at a specific time on a specific date. We have contacted Orange County Correctional Facility and have received confirmation that Plaintiff is available to appear for a virtual deposition on Friday, September 24, 2021 at 10:00 a.m. We are respectfully requesting that the Court so order this letter so that we may forward it to the records division at Orange County and Plaintiff can be produced to appear virtually for his deposition on September 24th.



Thank you for your time and consideration in this matter.

Respectfully submitted,

Loren Zeitler
Senior Assistant County Attorney

cc: All Attorneys of Record (*via ECF*)

Prince Scott (*pro se* Plaintiff) #187293
Orange County Correctional Facility
110 Wells Farm Road
Goshen, NY 10924