UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PRINCE D. SCOTT,

                Plaintiff,                              **ORDER**

-against-                                    18 Civ. 7203 (JCM)

WESTCHESTER COUNTY JAIL, *et al.*,

                Defendants.
--------------------------------------------------------X

      During a telephone conference on September 8, 2021, this Court scheduled a next telephone conference for October 13, 2021 at 10:00 a.m. Plaintiff did not appear at the October 13, 2021 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference. Additionally, Plaintiff was released from jail after the September 8, 2021 conference, however, he did not provide the Court with his new address.

      Accordingly, the Court adjourns the October 13, 2021 conference to November 17, 2021 at 11:30 a.m. Plaintiff and counsel for Defendants shall call the following number at the time of the conference:

<u>Dial-In</u>: 877-873-8017
<u>Access Code</u>: 4264138

      Plaintiff's failure to appear at this conference may result in sanctions, including dismissal of his case for failure to prosecute.

- 2 -

The Clerk is directed to mail a copy of this Order to Plaintiff at his last known address:

Orange County Correctional Facility
110 Wells Farm Rd.
Goshen NY 10924

Dated:   October 13, 2021
           White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge