UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRINCE D. SCOTT,

                Plaintiff,                     **ORDER**

-against-                                 18 Civ. 7203 (JCM)

WESTCHESTER COUNTY, *et al.*,

                Defendants.
------------------------------------------------------------X

During a telephone conference on October 13, 2021, this Court scheduled a subsequent telephone conference for November 17, 2021 at 11:30 a.m. Counsel for Defendant Nurse Practitioner Boguslawa Uszynski of Correct Care Solutions ("NP Uszynski") did not appear at the November 17, 2021 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.[1]

Accordingly, since this is counsel's third failure to appear[2], he shall submit a letter to the Court by close of business on November 19, 2021 explaining (1) his failure to appear on November 17, 2021 and (2) why he should not be sanctioned.

The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

Dated:   November 17, 2021
           White Plains, New York

                                          **SO ORDERED:**

                                          */s/ Judith C. McCarthy*
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge

---

[1] Plaintiff also did not appear at the conference, and the Court, on the record, granted Ms. Zeitler's request to move for failure to prosecute.

[2] Counsel for NP Uszynski did not appear on June 29, 2020 and November 30, 2020.